Elias B. Gunzburg, Respondent, v. Art Steel Company, Inc., Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to defendant Art Steel Company, Inc., to serve an amended answer within ten days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion

at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

